UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PETROPOULOS, II,

    Plaintiff,

    v.                                  Civil Action No. 1:22-cv-10923-FDS

PRIME STORAGE SHETLAND, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Robert Petropoulos, II, by and through his undersigned counsel, hereby informs the court as follows:

1.     The parties have reached a resolution of all issues in this action.

2.     The parties are in the process of satisfying the conditions necessary for this matter to be dismissed.

Dated: November 3, 2022.

                                                s/Lee D. Sarkin
                                                Lee D. Sarkin, Esq.
                                                BBO No. 710006
                                                LSarkin@aol.com
                                                Attorney for Plaintiff
                                                2 Burlington Woods Drive, Suite 100
                                                Burlington, Ma. 01803
                                                Telephone (781) 222-4032

<u>Certificate of Service</u>

 I hereby certify that on November 3, 2022, a copy of the foregoing document was filed electronically through the Court's ECF system and served via ECF to the following counsel for Defendant:

Jonathan Hatfield, Esq.
Jonathan,hatfield@jacksonlewis.com
Stephen Paterniti, Esq.
Jackson Lewis PC
75 Park Plaza, 4th Floor
Boston, Ma. 02116
Attorneys for Defendant

               <u>s/Lee D. Sarkin</u>
               LEE D. SARKIN, ESQ.
               BBO No. 710006
               2 Burlington Woods Drive
               Suite 100
               Burlington, Ma. 01803
               (781) 222-4032
               LSarkin@aol.com
               Attorney for Plaintiff